Prob Form 35
(7/13 Mod)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.                                                                                     Crim. No. JFM-07-0486

Jason Quinones

On August 11, 2009, the above-named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*C. J. Bokman*
C. J. Bokman
U.S. Probation Officer

*Renee Parenti*
Renee Parenti
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this _10th_ day of _May_, 20_17_.

The Honorable J. Frederick Motz
U.S. District Judge